UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                               :
JANE DOE,                                   :

                          Plaintiff,                                :                    22 Civ. 7665 (JPC)
            -v-                                :
                                               :                        ORDER
TELEMUNDO NETWORK GROUP LLC, *et al.*,         :

                      Defendants.                            :
                                               :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 31, 2022, the Court directed the parties to meet and confer regarding any anticipated motions and to submit a proposed briefing schedule on those motions by November 21, 2022. However, on November 14, 2022, Plaintiff filed her motion to proceed anonymously, before the parties' deadline to submit a proposed briefing schedule. Given Plaintiff's non-compliance with the Court's October 31, 2022 Order, her motion to proceed anonymously is denied without prejudice. As previously ordered, the parties shall meet and confer regarding a briefing schedule for any anticipated motions, including Plaintiff's motion to proceed anonymously, by November 21, 2022. If the parties cannot agree on a briefing schedule, they should submit a joint letter with their proposals. The Clerk of Court is respectfully directed to close Docket Number 25

      SO ORDERED.

Dated: November 15, 2022
       New York, New York                                 JOHN P. CRONAN
                                                              United States District Judge