UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OLIMPIA VILLALOBOS,

                              Plaintiff,

-against-

TELEMUNDO NETWORK GROUP LLC;
NBCUNIVERSAL MEDIA, LLC;
COMCAST HOLDINGS CORPORATION;
ACUN MEDIA PACIFIC LLC; FRANCISCO
SUAREZ; and RAFAEL ORTEGA,

                              Defendants.

Case No. 22-CV-7665 (JPC)(KHP)

**ECF Case**

**NOTICE OF MOTION**

---

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Defendants Telemundo Network Group, LLC, NBCUniversal Media, LLC, and Comcast Holdings Corporation (collectively "Defendants"), in the above-captioned action, by and through their undersigned attorneys, will move this Court, before the Honorable John P. Cronan, at the United States District Courthouse, Courtroom 12D, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order dismissing the Second Amended Complaint on the pleadings, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), and granting such other and further relief as the Court may deem just and proper.

Dated: December 23, 2024
          New York, New York

                                            Respectfully submitted,

                                            **LAW OFFICE OF
                                            LAWRENCE R. SANDAK**

                                            By: _/s/ Lawrence R. Sandak_
                                                     Lawrence R. Sandak

101 Eisenhower Parkway, Suite 300
Roseland, NJ 07068
t. 732.245.1550
f. 973.994.2435
lrs@sandaklaw.com

**PROSKAUER ROSE, LLP**
Godfre O. Blackman
Eleven Times Square
New York, NY 10036
t. 212.969.3000
f. 212.969.2900
gblackman@proskauer.com

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**
Ingrid H. Ponce (*pro hac vice*)
150 West Flagler Street, Suite 2200
Miami, FL 33130
t. 305.789.3200
f. 305.789.3395
iponce@stearnsweaver.com

*Attorneys for Defendants*
*NBCUniversal Media, LLC,*
*Telemundo Network Group LLC,*
*and Comcast Holdings Corporation*

Defendants motion to dismiss is denied without prejudice. Pursuant to the Court's Individual Civil Rule 6.A, "[u]nless otherwise ordered by the Court, a party seeking to file a motion must submit a pre-motion letter . . . notifying the Court of its anticipated motion, summarizing the basis for the anticipated motion, and proposing a briefing schedule." *See also* Dkt. 90 ("After resolving the motion to dismiss for personal jurisdiction, and if appropriate, the Court will set a briefing schedule for any motions pursuant to Rule 12(b)(6)."). "[F]ailure to comply with the Court's Individual Civil Rule[ 6.A] provides an . . . independently sufficient basis to deny [the Motion]." *Nixon v. Source Digital, Inc.*, No. 23 Civ. 5218 (JPC), slip op. at 22 (S.D.N.Y. December 23, 2024). The Court *sua sponte* adjourns Defendant's time to answer or otherwise respond to the Second Amended Complaint to December 27, 2024.

SO ORDERED
December 23, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge