**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OLIMPIA VILLALOBOS,

                Plaintiff,

   -against-                                    22 **CIVIL** 7665 (JPC)

**JUDGMENT**

TELEMUNDO NETWORK GROUP LLC, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 19, 2025, the Corporate Defendants' motion to dismiss is granted. Villalobos's claims against Telemundo Network Group, LLC; NBCUniversal Media, LLC; and Comcast Holding Corporation are dismissed with prejudice. Because Villalobos's claims against Rafael Ortega and Francisco Suarez previously were dismissed without prejudice for lack of personal jurisdiction, the instant ruling resolves all pending claims. Villalobos has not requested leave to further amend or explained how she would seek to cure the deficiencies identified in her Second Amended Complaint. The Court thus does not sua sponte grant leave to amend; accordingly, the case is closed.

**Dated:**  New York, New York

      September 22, 2025

                                                           **TAMMI M. HELLWIG**

                                                            **Clerk of Court**

                                 **BY:**

                                                            **Deputy Clerk**